**Angela ALLEYEN, Plaintiff–Appellant,**

v.

**FOUR SEASONS HOTEL NEW YORK, Defendant–Appellee.**

No. 01–7347.

United States Court of Appeals, Second Circuit.

Jan. 23, 2002.

Angela Alleyen, Brooklyn, NY, pro se.

Judith A. Stoll, Kane Kessler P.C., New York, NY, for Appellee.

Present ROBERT D. SACK, ROBERT A. KATZMANN, and BARRINGTON D. PARKER, JR., Circuit Judges.

SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of February 22, 2001 be, and it hereby is, AFFIRMED substantially for the reasons stated in Judge Koeltl's careful and thorough decision of February 22, 2001. *Alleyen v. Four Seasons Hotel New York*, No. 99 Civ. 3432(JGK), 2001 WL 135770,

2001 U.S. Dist. LEXIS 1503 (S.D.N.Y. Feb.15, 2001).

For the foregoing reasons, the judgment of the District Court is hereby AFFIRMED.